

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Charles Sweets | Civil Action No.   19-cv-01816-BLM |
| Plaintiff, | |
| V. | |
| Andrew Saul, Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's cross-motion for summary judgment and DENIES Plaintiff's motion for summary judgment and AFFIRMS the decision of the Commissioner and dismisses this action with prejudice. The Clerk of the Court shall enter judgment in accordance with this Order.

**Date:**    9/28/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy